```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
```

HARRY J. SELF                       *

    Appellant/Cross-Appellee  *

        vs.                 *    CIVIL ACTION NO. MJG-12-2516

BABAK DJOURABCHI and                *
MONICA WELT
                                    *
    Appellee/Cross-Appellants
                                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER RE: DISMISSAL

The Court has before it Appellees' Motion to Dismiss Appeal [Document 3] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

On August 23,[1] Appellant filed the instant appeal from the Judgment and Order in Favor of Plaintiffs [Appellees] issued by the Bankruptcy Court [Document 1-20].

The Bankruptcy Judge stated, in the said document, that it was ruling "for the reasons set forth on the record in a bench ruling held on July 19, 2012."

Appellant did not file a timely appellate brief. By the instant motion, Appellees seek dismissal due to the late filing (to date non-filing) of Appellant's brief and the absence of a record adequate to permit appellate review.

---

[1]    All date references are to the year 2012.

The Court finds it appropriate to excuse Appellant's counsel's late filing due to the absence of undue prejudice on Appellees and to provide an extended due date. The Court finds it premature to rule on the inadequacy of the record inasmuch as Appellant shall have the opportunity to file a brief together with an adequate record, including such hearing transcript as shall be necessary.

Accordingly:

1. Appellees' Motion to Dismiss Appeal [Document 3] is DENIED WITHOUT PREJUDICE to renew if appropriate.

2. By January 9, 2013, Appellant shall file his brief together with materials (including necessary transcripts) creating an adequate appellate record. Since this deadline provides an extension much greater than requested by Appellant's counsel:

    a. He cannot expect any further extension due to the holiday season, marital matters, international telephone problems, or other alleged causes.

    b. He must file materials – particularly transcripts – that will enable this Court to know what the Bankruptcy Judge stated as his reasons for decision and the relevant evidence and arguments made on which the decision is based.

SO ORDERED, on <u>Wednesday, November 28, 2012</u>.

```
                              _____/s/___   __ _____
                              Marvin J. Garbis
                              United States District Judge
```